1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300
   Email: gsgilchrist@townsend.com, glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  LEVI STRAUSS & CO.,                    Case No.  C-07-02735 EMC

12              Plaintiff,
                                           **PROOF OF SERVICE**
13        v.

14  STYLE J,

15              Defendant.

16

17

18  61093841 v1

19

20

21

22

23

24

25

26

27

28

AO 440 (Rev. 10/93) Summons In a Civil Action

# RETURN OF SERVICE

7:40pm

| | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE 5-29-07 |
| NAME OF SERVER (PRINT) Herbert Cook | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Style J 6751 Las Colinas Lane, Lake Worth, FL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a. person of suitable a and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served the owner to said business Lichun Chen 5/29/07 at 7:40pm.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-29-07
Date

7:40p.m.

Signature of Server

1732 S. Congress Ave
Address of Server
Palm Springs, FL 33461

ALLEN W FALK
MY COMMISSION # DD515325
EXPIRES: Feb. 6, 2010
(407) 398-0153  Florida Notary Service.com