1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   gsgilchrist@townsend.com; glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7
8                    UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  LEVI STRAUSS & CO.,                       Case No. C 07- 2735 EMC

12                  Plaintiff,                **LEVI STRAUSS & CO.'S REQUEST FOR ADR PROCESS AND ADR CERTIFICATION**

13          v.

14  STYLE J,

15                  Defendant.

16

17       Counsel for plaintiff Levi Strauss & Co. ("LS&CO.") has met and conferred with a

18  representative of defendant Style J, which is not represented by counsel, concerning this Court's ADR

19  processes.  Style J indicated in its Answer to LS&CO.'s Complaint that it prefers that this action be set

20  for non-binding arbitration.  LS&CO. prefers that this action be referred for Court-sponsored

21  mediation, to be completed by the presumptive deadline.

22       Pursuant to Civil Local Rule 16 and ADR Local Rule 3-5(b), the undersigned representative of

23  and counsel for LS&CO. certify that they have read either the handbook entitled "Dispute Resolution

24  Procedures in the Northern District of California, or the specified portions of the ADR Unit's Internet

25  site, www.adr.cand.usgourts.gov, discussed the available dispute resolution options provided by the

26
27
28
- 1 -

- 2 -

1  Court and private entities, and considered whether this case might benefit from any of them.  It is
2  LS&CO.'s counsel's understanding that defendant Style J has done the same.
3
4  Dated: August 8, 2007               /s/ Thomas M. Onda
5                                     Levi Strauss & Co.
6
7  Dated: August 8, 2007               /s/ Gia L. Cincone
                                       Townsend and Townsend and Crew LLP
8                                      Attorneys for Levi Strauss & Co.

**PROOF OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C. § 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled: **LEVI STRAUSS & CO.'S REQUEST FOR ADR PROCESS AND ADR CERTIFICATION** on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

Mark Shipp
Li Chun Chen
6751 Las Colinas Lane
Lake Worth, FL  33463

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated:  August 8, 2007            /s/ Carol Petrich
                                  Carol Petrich

61120037 v1

LS&CO.'S REQUEST FOR ADR PROCESS AND ADR CERTIFICATION            Levi Strauss & Co. v. Style J
                                                                  Case No. C 07-2735 EMC