UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | No. C07-2735 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| STYLE J, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the CASE MANAGEMENT CONFERENCE set for August 29, 2007 at 1:30 p.m. has been rescheduled to **September 26, 2007 at 1:30 p.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.   A Joint Case Management Conference Statement shall be filed by September 19, 2007.

Dated: August 10, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy