1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   gsgilchrist@townsend.com; glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  LEVI STRAUSS & CO.,                    Case No. C 07- 2735 EMC

12                    Plaintiff,           **CONSENT TO PROCEED BEFORE
                                           A UNITED STATES MAGISTRATE
13          v.                             JUDGE**

14  STYLE J,

15                    Defendant.

16

17

18       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in

19  the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge

20  conduct any and all further proceedings in the case, including trial, and order the entry of a final

21  judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for

22  the Ninth Circuit.

23                                    Respectfully submitted,

24  Date:  September 17, 2007          TOWNSEND AND TOWNSEND AND CREW LLP

25
                                       By: /s/ Gia L. Cincone
26                                          GIA L. CINCONE

27                                     Attorneys for Plaintiff
                                       LEVI STRAUSS & CO.
28                                          - 1 -

CONSENT TO PROCEED BEFORE A UNITED          Levi Strauss & Co. v. Style J
STATES MAGISTRATE JUDGE                     Case No. C 07-2735 EMC

1

### PROOF OF SERVICE
[C.C.P. §§ 1011 and 1013, C.R.C. § 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

2

3        I declare that I am employed in the City and County of San Francisco, California; I am over
the age of 18 years and not a party to the within action; my business address is Two Embarcadero
Center, Eighth Floor, San Francisco, California 94111.  On the date set forth below, I served a true

4   and accurate copy of the document(s) entitled:  **CONSENT TO PROCEED BEFORE A UNITED
STATES MAGISTRATE JUDGE** on the party(ies) in this action by placing said copy(ies) in a

5   sealed envelope each addressed as follows:

6   Mark Shipp
Li Chun Chen

7   6751 Las Colinas Lane
Lake Worth, FL  33463

8

9        ☒      [By First Class Mail]  I am readily familiar with my employer's practice for collecting
and processing documents for mailing with the United States Postal Service.  On the date listed herein,
following ordinary business practice, I served the within document(s) at my place of business, by

10   placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for
collection and mailing with the United States Postal Service where it would be deposited with the

11   United States Postal Service that same day in the ordinary course of business.

12        ☐      [By Overnight Courier]  I caused each envelope to be delivered by a commercial carrier
service for overnight delivery to the offices of the addressee(s).

13

14        ☐      [By Hand]  I directed each envelope to the party(ies) so designated on the service list to
be delivered by courier this date.

15        ☐      [By Facsimile Transmission]  I caused said document to be sent by facsimile
transmission to the fax number indicated for the party(ies) listed above.

16

17        ☐      [By Electronic Transmission]  I caused said document to be sent by electronic
transmission to the e-mail address(es) indicated for the party(ies) listed above.

18        I declare under penalty of perjury that the foregoing is true and correct and that this declaration
was executed this date at San Francisco, California.

19

20   Dated:  September 17, 2007                    /s/ Carol Petrich
                                                        Carol Petrich

21

22

23   61156105 v1

24

25

26

27

28

- 2 -