1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300
   gsgilchrist@townsend.com; glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 LEVI STRAUSS & CO.,                    Case No. C 07- 2735 EMC

12         Plaintiff,                     **PLAINTIFF LEVI STRAUSS & CO.'S
                                          REQUEST TO CONTINUE INITIAL
13         v.                             CASE MANAGEMENT
                                          CONFERENCE; [PROPOSED]
14 STYLE J,                               ORDER**

15         Defendant.                     CMC Date:   September 26, 2007
                                          CMC Time:   1:30 p.m.
16

17

18

19     Plaintiff Levi Strauss & Co. ("LS&CO.") hereby requests that the Initial Case Management

20 Conference which is currently scheduled for September 26, 2007, be continued for four weeks until

21 October 24, 2007.

22     Counsel for LS&CO. has had initial settlement discussions with a representative of defendant

23 Style J, which is not represented by counsel. LS&CO. believes this dispute can be resolved without

24 the need for further litigation, but some additional time will be required to conduct the parties'

25 settlement discussions and to draft and finalize a settlement agreement. LS&CO. believes that rather

26 than devoting time and resources to preparing for and attending the Initial Case Management

27 Conference, the parties and the Court would be better served by continuing the Conference for four

28
                                      - 1 -

1  weeks, allowing the parties time to pursue an informal resolution.  Accordingly, LS&CO. respectfully
2  requests that the Initial Case Management Conference currently set for September 26, 2007, be
3  continued to October 24, 2007.

5                                        Respectfully submitted,
6  Date:  September 17, 2007             TOWNSEND AND TOWNSEND AND CREW LLP

8                                        By: /s/ Gia L. Cincone
                                             GIA L. CINCONE

9                                        Attorneys for Plaintiff
                                         LEVI STRAUSS & CO.

13                              [P~~ROPOS~~ED] ORDER
14       GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that plaintiff Levi Strauss &
15  Co.'s request to continue the Initial Case Management Conference is granted.  The Initial Case
16  Management Conference is hereby scheduled for October 24, 2007, at 1:30 p.m.  A Joint CMC Statement shall be filed by 10/17/07.  Plaintiff shall serve a copy of this order upon defendant.

19  DATED: __September 18, 2007__   _____

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

**PROOF OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C. § 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled: **LEVI STRAUSS & CO.'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

Mark Shipp
Li Chun Chen
6751 Las Colinas Lane
Lake Worth, FL  33463

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated:  September 17, 2007        /s/ Carol Petrich
                                  Carol Petrich

61156048 v1