**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & Co., | No. C07-2735 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| STYLE J, | |
| Defendant. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the CASE MANAGEMENT CONFERENCE set for December 5, 2007 at 1:30 p.m. has been rescheduled to **January 2, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.   A Joint Case Management Conference Statement shall be filed by December 26, 2007. Plaintiff shall serve a copy of this notice to defendant.

Dated:  November 19, 2007                              FOR THE COURT,
                                                                              Richard W. Wieking, Clerk

                                                                              by: _____
                                                                                    Betty Fong
                                                                                    Courtroom Deputy