1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   gsgilchrist@townsend.com; glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  LEVI STRAUSS & CO.,                    Case No. C 07- 2735 EMC

12                     Plaintiff,          **PLAINTIFF LEVI STRAUSS & CO.'S
                                           REQUEST FOR FURTHER
13            v.                           CONTINUANCE OF INITIAL CASE
                                           MANAGEMENT CONFERENCE;
14  STYLE J,                               [~~PROPOSED~~] ORDER**

15                     Defendant.          CMC Date:    January 2, 2008
                                           CMC Time:    1:30 p.m.
16

17

18       Plaintiff Levi Strauss & Co. ("LS&CO.") hereby requests that the Initial Case Management

19  Conference which was previously continued to January 2, 2008, be further continued for an additional

20  four weeks until January 30, 2008.

21       As LS&CO. previously informed the Court, LS&CO. has had initial settlement discussions

22  with a representative of defendant Style J, which is located outside California and is not represented

23  by counsel.  LS&CO. continues to believe that this dispute can be resolved without the need for

24  litigation, but additional time is required to finalize a formal settlement agreement.  LS&CO. believes

25  that rather than devoting time and resources to preparing for and attending the Initial Case

26  Management Conference, the parties and the Court would be better served by continuing the

27  Conference for an additional period to allow the parties to pursue and hopefully conclude an informal

28                                        - 1 -

1  resolution.

2          Accordingly, LS&CO. respectfully requests that the Initial Case Management Conference be

3  continued to January 30, 2008.

4

5                                                  Respectfully submitted,

6  Date:  December 21, 2007                        TOWNSEND AND TOWNSEND AND CREW LLP

7
                                                   By:  /s/ Gia L. Cincone
8                                                       GIA L. CINCONE

9                                                  Attorneys for Plaintiff
                                                   LEVI STRAUSS & CO.
10

11

12

13                              [~~PROPOSED~~] ORDER

14          GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that plaintiff Levi Strauss &

15  Co.'s request to continue the Initial Case Management Conference is granted.  The Initial Case

16  Management Conference is hereby scheduled for January 30, 2008 at 1:30 p.m.   A joint case management
                                                                               conference statement
17                                                                             is due January 23, 2008.

18
    DATED: _____December 21, 2007_____
19

20

21

22

23

24

25

26

27

28

- 2 -

**PROOF OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C. § 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111.  On the date set forth below, I served a true and accurate copy of the document(s) entitled:  **LEVI STRAUSS & CO.'S REQUEST FOR FURTHER CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

Mark Shipp
Li Chun Chen
6751 Las Colinas Lane
Lake Worth, FL  33463

☒      [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service.  On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐      [By Overnight Courier]  I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐      [By Hand]  I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐      [By Facsimile Transmission]  I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐      [By Electronic Transmission]  I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.


Dated:  December 21, 2007              /s/ Sana Hamelin_____
                                       Sana Hamelin


61156048 v1