| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | GREGORY S. GILCHRIST (State Bar No. 111536) |
| 2 | GIA L. CINCONE (State Bar No. 141668) |
| | Two Embarcadero Center, 8th Floor |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 576-0200 |
| 4 | Facsimile: (415) 576-0300 |
| | gsgilchrist@townsend.com; glcincone@townsend.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | LEVI STRAUSS & CO. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEVI STRAUSS & CO., | | Case No. C 07- 2735 EMC |
| | Plaintiff, | **PLAINTIFF LEVI STRAUSS & CO.'S REQUEST FOR FURTHER CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| | v. | |
| STYLE J, | | |
| | Defendant. | CMC Date:   January 30, 2008 |
| | | CMC Time:   1:30 p.m. |

Plaintiff Levi Strauss & Co. ("LS&CO.") hereby requests that the Initial Case Management Conference which was previously continued to January 30, 2008, be further continued for an additional four weeks until February 27, 2008.

As LS&CO. previously informed the Court, LS&CO. has been engaged in settlement discussions with the defendant Style J, which is located outside California and is not represented by counsel. LS&CO. continues to believe that this dispute can be resolved without the need for litigation, but additional time will be required to negotiate and finalize a settlement agreement. LS&CO. believes that rather than devoting time and resources to preparing for and attending the Initial Case Management Conference, the parties and the Court would be better served by continuing the

1  Conference for an additional period to allow the parties to pursue and hopefully conclude an informal
2  resolution.
3      Accordingly, LS&CO. respectfully requests that the Initial Case Management Conference be
4  continued to February 27, 2008.

6                              Respectfully submitted,
7  Date: January 25, 2008              TOWNSEND AND TOWNSEND AND CREW LLP

9                              By: /s/ Gia L. Cincone
                                 GIA L. CINCONE

10                             Attorneys for Plaintiff
                               LEVI STRAUSS & CO.

14                         **[PROPOSED] ORDER**
15      GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that plaintiff Levi Strauss &
16  Co.'s request to continue the Initial Case Management Conference is granted.  The Initial Case
17  Management Conference is hereby scheduled for February 27, 2008, at 1:30 p.m.   A joint case management
18                                                                                 conference statement
                                                                                   shall be filed by 2/20/08.

20  DATED:  January 28, 2008     _____

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

- 2 -

**PROOF OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C. § 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled: **LEVI STRAUSS & CO.'S REQUEST FOR FURTHER CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

Mark Shipp
Li Chun Chen
6751 Las Colinas Lane
Lake Worth, FL  33463

☒ [By First Class Mail]  I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service.  On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier]  I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand]  I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission]  I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ [By Electronic Transmission]  I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: January 25, 2008          /s/    Carol Petrich
                                 Carol Petrich

61156048 v1

- 3 -
LS&CO.'S REQUEST TO CONTINUE CMC                    Levi Strauss & Co. v. Style J
                                                    Case No. C 07-2735 EMC