TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
gsgilchrist@townsend.com; glcincone@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>            Plaintiff,<br><br>    v.<br><br>STYLE J,<br><br>            Defendant. | Case No. C 07- 2735 EMC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Levi Strauss & Co. voluntarily dismisses this action without prejudice.

Respectfully submitted,

Dated: February 22, 2008      ___*/s/ Gia L. Cincone*_____
                                          Gia L. Cincone
                                          Townsend & Townsend & Crew LLP

                                          ATTORNEYS FOR PLAINTIFF
                                          LEVI STRAUSS & CO.

61289065 v1